Joseph Mermis
7997 Melody Mountain Lane
Paso Robles, CA 93446
Phone: 805 226 6479
Fax: 415 520 1137
Defendant in Pro Se

# U.S. District Court

## Central District of California, Western Division

R-LLC, LLC, an Idaho limited liability company,

    Plaintiff,

v.

UMS CAPITAL GROUP, LLC, d/b/a INSURANCE ANNUITY GROUP, LLC, a Connecticut limited liability company; JOSEPH A. MERMIS, an individual; XAVIER O. BARRIOS, an individual; and C.M. SALAZAR, an individual.

    Defendants.

Case No.: 2:13-cv-01228-JFW-MRW

Before the Honorable
John F. Walter

**DEFENDANT JOSEPH MERMIS'S**

**MOTION TO COMPEL**

**RESPONSE TO WRITTEN DISCOVERY**

Hearing Date: April 28, 2014

Time: 1:30 pm

Court 16, Spring Street

Trial Date: May 20, 2014

## I. DEFENDANT'S PETITION

Defendant hereby petitions the Court to compel Plaintiff to appropriately respond to Defendant's Request for Written Discovery for the reasons set forth below.

### A. Nature of the Case.

The parties entered into a joint effort to develop and operate an insurance company. Efforts to raise addition funds lagged and Plaintiff and its principals requested return of unused funds. Defendants returned over $1,000,000 representing most of the funds. This action is an attempt by plaintiffs to force defendants to return all of the funds raise without giving credit for any of the fund returned or for those spent in furtherance of the venture.

### B. The Discovery Cut-off and Need for a Discovery Order.

Defendant's have just received notice by Order of The Court from their former attorneys that they are now only two weeks away from the April 14, 2014 discovery cut-off in this case, and many requested documents that are relevant and obviously within Plaintiff's possession, custody or control have yet to be produced. Defendant requests that the Court issue an order requiring Plaintiff to produce additional documents and provide amended responses to their discovery requests including the interrogatories.

## C. RIGHT TO DISCOVERY

Federal Rule of Civil Procedure 26(b)(1) provides that [p]arties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, documents or other tangible things and the identity and location of persons having knowledge of any discoverable matter. The information sought need not be admissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence.

## D. PLAINTIFF SHOULD BE COMPELLED TO PROVIDE RESPONSES TO PLAINTIFF'S REQUEST FOR WRITTEN DISCOVERY.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants propounded interrogatories on Plaintiff, pursuant to Rule 34, Defendants propounded Requests for Production of Documents on Plaintiff, and pursuant to Rule 36, Defendants propounded Requests for Admissions on Plaintiff. These request for discovery were served on Plaintiff on November 25th, 2013.

# CERTIFICATE OF SERVICE

I, Joseph Mermis, hereby certify that on March 28, 2014, I served a true copy of the above Motion to Compel Response to Written Discovery by place a copy in the United States Postage Service with fully prepaid postage addressed as follows:

Clifford V. Dunn
Adam C. Dunn
Dunn Lawfirm
110 West Tabernacle
P.O. Box 2318
St. George, Utah 84771

_____
Joseph Mermis, Defendant in Pro Se



Return address:
Vespa MERINIS
7497 Melody Mountain Ln
Pso. Robles, CA 93446

Addressee:
U.S. District Court
Central District, Western Division
Terry Nafisi, Clerk of Court
312 North Spring St
Los Angeles, CA 90612-4701

Stamp: RECEIVED, K. U.S. DISTRICT COURT, MAR 31 2014, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY