Clifford V. Dunn (SBN 933)
[Admitted *Pro Hac Vice*]
law@dunnfirm.com
Adam C. Dunn (SBN 10926)
[Admitted *Pro Hac Vice*]
law@dunnfirm.com
DUNN LAW FIRM
110 West Tabernacle
P.O. Box 2318
St. George, UT 84771
Telephone: (435) 628-5405
Facsimile: (435) 628-4145

Attorneys for Plaintiff
R LLC, LLC

JS-6

Defendants, as Pro Se

UMS CAPITAL GROUP, LLC D/B/A INSURANCE ANNUITY GROUP, LLC, JOSEPH A. MERMIS, XAVIER O. BARRIOS, AND C.M. SALAZAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R LLC, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UMS CAPITAL GROUP, LLC, d/b/a INSURANCE ANNUITY GROUP, LLC, a Connecticut limited liability company; JOSEPH A. MERMIS, an individual; XAVIER O. BARRIOS, an individual; and C.M. SALAZAR, an individual,<br><br>Defendants. | CASE NO. 13-01228-JFW (MRWx)<br><br>Assigned to: Hon. John F. Walter<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Complaint Filed: February 20, 2013<br>Trial Date: May 20, 2014 |

Based on the parties Stipulated Motion to Dismiss pursuant to Rule 41 of the Fed. R. Civ. P., and good cause appearing therefore,

04/07/2014 5:25:44 PM -0400 POWERED BY ORCAFAX  PAGE 16  OF 18
Case 2:13-cv-01228-JFW-MRW Document 93 Filed 04/07/14 Page 2 of 4 Page ID #:549

04/07/14 08:41AM PDT DVS International -> Donna  4356284148 Pg15/17

IT IS HEREBY ORDERED THAT:

That all claims asserted in the above captioned matter are hereby dismissed with prejudice and on the merits, with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED April 7, 2014

/s/
Hon. John F. Walter
US District Court Judge

APPROVED AS TO FORM AND CONTENT:

DATED this ___ day of April, 2014.

UMS Capital Group, LLC, d/b/a Insurance Annuity Group, a Connecticut limited liability company:

By: _____
Its: _____

DATED this ___ day of April, 2014.

_____
JOSEPH A MERMIS

DATED this ___ day of April, 2014.

_____
XAVIER O. BARRIOS

DATED this ___ day of April, 2014.

_____
C.M. SALAZAR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS
CASE NO. 13-01228-JFW (MRWx)

-2-

```
1  IT IS HEREBY ORDERED THAT:
2      That all claims asserted in the above captioned matter are hereby dismissed
3  with prejudice and on the merits, with each party to bear their respective attorneys'
4  fees and costs.
5
6  IT IS SO ORDERED.
7
8  DATED _____
9                                    _____
                                     Hon. John F. Walter
10                                   US District Court Judge
11 APPROVED AS TO FORM AND CONTENT:
12  DATED this ____ day of April, 2014.
13                                   UHS Capital Group, LLC, d/b/a Insurance
                                     Annuity Group, a Connecticut limited liability
14                                   company:
15
16             By: _____
               Its: _____
17
18  DATED this ____ day of April, 2014.
19
                                     _____
20                                   JOSEPH A. MEDINA
21  DATED this ____ day of April, 2014.
22
                                     _____
23                                   XAVIER O. BARRIOS
24  DATED this ____ day of April, 2014.
25
                                     _____
26                                   C.M. SALAZAR
27
28                  -2-              [PROPOSED] ORDER GRANTING STIPULATED MOTION TO
                                     DISMISS
                                     CASE NO. 13-01228-JFW-(MRWx)
```

IT IS HEREBY ORDERED THAT:

That all claims asserted in the above captioned matter are hereby dismissed with prejudice and on the merits, with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED _____

_____
Hon. John F. Walter
US District Court Judge

APPROVED AS TO FORM AND CONTENT:

DATED this ____ day of April, 2014.

UMS Capital Group, LLC, d/b/a Insurance Annuity Group, a Connecticut limited liability company:

By: _____
Its: _____

DATED this ____ day of April, 2014.

_____
JOSEPH A. MERMIS

DATED this ____ day of April, 2014.

_____
XAVIER O. BARRIOS

DATED this ____ day of April, 2014.

_____
C.M. SALAZAR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS
CASE NO. 13-01228-JFW (MRWx)

- 2 -